IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5: 24-CV-00574-BO-RN

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $35,412.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the government's motion to strike claimant Laiyi Mu's (Mu) claim for failure to comply with Supplemental Rule G(5)(a)(i). For the below-stated reason, the court grants the government's motion to strike.

## BACKGROUND

The government filed a complaint *in rem* against $35,412.00 in U. S. currency seized on January 19, 2024. D.E. 1. Mu moved for an extension of time to file a claim and answer, which the court granted. D.E. 8; Text Order dated March 26, 2025. In April 2025, Mu's counsel filed a pleading styled as a claim and answer. D.E. 9.

## ANALYSIS

Courts require strict adherence to the Supplemental Rules and claimants must follow the requirements "to the letter." *United States v. Borromeo*, 945 F.2d 750, 752 (4th Cir. 1991). Supplemental Rule G(5)(a)(i)(C) requires that a claim must be signed by the claimant under penalty of perjury. The requirement that a claimant sign the

1

claim under penalty of perjury is the "most significant" of the Rule G(5) requirements. *United States v. Thach*, No. CIV.A. DKC 13-1984, 2013 WL 5177311, at *4 (D. Md. Sept. 12, 2013) (citation omitted). The verification requirement is a necessary safeguard against the filing of false claims. *United States v. $104,25000 in U.S. Currency*, 947 F. Supp. 2d 560, 564 (D. Md. 2013).

Mu did not sign the claim and answer. The government argues that because Mu failed to sign the claim stating her interest under penalty of perjury, the court should strike her claim for failing to comply with Supplemental Rule G(5)(a)(i). The court agrees, and therefore grants the government's motion.

## CONCLUSION

For the stated reason, the court grants the government's motion to strike.

SO ORDERED this **25 June**, 2025.

*Terence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE